UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
(609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Movant
Towd Point Master Funding Trust 2018-PM27, U.S.
Bank National Association, as Trustee

**Order Filed on September 3, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Case No.:  19-15261 MBK |
|---|---|
| | Adv. No.: |
| Gary L. Branam, | Hearing Date:  8/20/19 |
| | |
| Debtor. | Judge:  Michael B. Kaplan |

### ORDER RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM #13-1

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: September 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:              Gary L. Branam
Case No.:            19-15261 MBK
Caption:             **ORDER RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM
                     #13-1**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Towd Point Master Funding Trust 2018-PM27, U.S. Bank National Association, as Trustee, holder of a mortgage on real property located at 62 Hampton Ct., Hillsborough, NJ 08844-1417, Denise Carlon appearing, by way of objection to the proof of claim, and this Court having considered the representations of attorneys for Secured Creditor and Mitchell L. Chambers, Jr., Esquire, attorney for Debtor, Gary L. Branam, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that as of March 15, 2019, the total amount due was $80,583.97, representing the total amount due under the terms of the note and mortgage including balloon payment; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that as of March 15, 2019, the loan was contractually due for the payment due April 1, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the loan matures on April 1, 2021; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** the Debtor will make payments outside of the plan pursuant to the terms of the note and mortgage and applicable payment change notices; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is aware that there is a balloon payment due at the time of loan maturity in accordance with the terms of the note and mortgage; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor's claim, claim #13-1, will be treated outside of the bankruptcy case and accordingly, the Chapter 13 Trustee is not to pay claim #13-1; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor's objection to claim #13-1 is hereby resolved.