|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Towd Point Master Funding Trust 2018-PM27, U.S. Bank National Association, as Trustee | **Order Filed on September 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Gary L. Branam,<br><br>Debtor. | Case No.:  19-15261 MBK<br>Adv. No.:<br>Hearing Date:  8/20/19<br><br>Judge:  Michael B. Kaplan |

## ORDER RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM #13-1

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 3, 2019**

*Michael B. Kaplan* (signature)
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:         Gary L. Branam
Case No.:       19-15261 MBK
Caption:        **ORDER RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM #13-1**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Towd Point Master Funding Trust 2018-PM27, U.S. Bank National Association, as Trustee, holder of a mortgage on real property located at 62 Hampton Ct., Hillsborough, NJ 08844-1417, Denise Carlon appearing, by way of objection to the proof of claim, and this Court having considered the representations of attorneys for Secured Creditor and Mitchell L. Chambers, Jr., Esquire, attorney for Debtor, Gary L. Branam, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that as of March 15, 2019, the total amount due was $80,583.97, representing the total amount due under the terms of the note and mortgage including balloon payment; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that as of March 15, 2019, the loan was contractually due for the payment due April 1, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the loan matures on April 1, 2021; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** the Debtor will make payments outside of the plan pursuant to the terms of the note and mortgage and applicable payment change notices; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is aware that there is a balloon payment due at the time of loan maturity in accordance with the terms of the note and mortgage; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor's claim, claim #13-1, will be treated outside of the bankruptcy case and accordingly, the Chapter 13 Trustee is not to pay claim #13-1; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor's objection to claim #13-1 is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-15261-MBK
Gary L. Branam                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Sep 05, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
db              +Gary L. Branam,    62 Hampton Court,    Hillsborough, NJ 08844-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM27, U.S. Bank
               National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Gary L. Branam ecfbc@comcast.net
              Nicholas V. Rogers    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM27, U.S. Bank
               National Association, as Trustee rsolarz@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8