Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk `>YfgYm

In re  Gary L. Branam           ,        Case No.  19-15261

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  13  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on        3/31/2022       .

| U.S. Bank National Association | Specialized Loan Servicing LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
U.S. Bank National Association Trustee
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Address of Transferee:
Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, CO 80111

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 4/1/2022

Jeanne A. Naughton
**CLERK OF THE COURT**